

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| STEPHANIE FERNANDEZ AKA STEPHANIE BARFIELD, | § | No. 08-18-00079-CR |
| | § | Appeal from the |
| Appellant, | § | 210th District Court |
| v. | § | of El Paso County, Texas |
| THE STATE OF TEXAS, | § | (TC# 20170D03993) |
| State. | § | |
| | § | |

# O R D E R

The Court GRANTS Erika C. Wright's request for an extension of time within which to file the remaining portion of the Reporter's Record until **October 25, 2018.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REMAINING PORTION OF THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Erika C. Wright, Official Court Reporter for the 210th District Court for El Paso County, Texas, prepare the remaining portion of the Reporter's Record and forward the same to this Court on or before October 25, 2018.

IT IS SO ORDERED this 18th day of October, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.